

# IN THE
# TENTH COURT OF APPEALS

**No. 10-19-00009-CV**
**No. 10-19-00010-CV**
**No. 10-19-00011-CV**
**No. 10-19-00012-CV**
**No. 10-19-00013-CV**

**PATRICK WAYNE BOREN,**

                                                            **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                            **Appellee**

**From the 54th District Court**
**McLennan County, Texas**
**Trial Court Nos. 1997-543-C, 1999-63-C2,**
**2005-1640-C2, 2005-1165-C2 and 2009-762-C2**

## O R D E R

On January 23, 2019, we received and filed in each of these appeals Appellant Patrick Wayne Boren's Motion to Proceed In Forma Pauperis on Appeal and Motion for Leave to Consolidate the Appeal. On January 24, 2019, we then received a letter from Appellant addressing the same subjects. Finally, on January 30, 2019, we received and

filed the docketing statement in each of these appeals. None of these documents, however, contains proper proof of service.

A filing party is required to serve a copy of all documents presented to the Court on all parties to the appeal, and the documents must contain proof of service. TEX. R. APP. P. 9.5. Proof of service may be in the form of either an acknowledgement of service by the person served or a certificate of service. *Id.* R. 9.5(d). A certificate of service must be signed by the person who made the service, and must state (1) the date and manner of service, (2) the name and address of each person served, and (3) if the person served is a party's attorney, the name of the party represented by that attorney. *Id.* R. 9.5(e).

To expedite this matter, we will implement Texas Rule of Appellate Procedure 2 and suspend Rule 9.5's proof-of-service requirement **for these documents only**. *See id.* R. 2. The Clerk of this Court is ordered to forward a copy of these documents to the appellee immediately. **All future filings, including letters, however, shall comply with Rule 9.5. Failure to provide proper proof of service on any future filing, including a letter, may result in the filing being stricken.**

Pursuant to Texas Rule of Appellate Procedure 20.1(c), we grant Appellant's Motions to Proceed In Forma Pauperis on Appeal and permit Appellant "to proceed without payment of costs" in each of these appeals. *See id.* R. 20.1(c). The word "costs" means "filing fees charged by the appellate court." *Id.* R. 20.1(a).

Appellant's Motions for Leave to Consolidate the Appeal are denied. The parties may, however, file a single document, including a brief, that applies to all five

proceedings by listing all five proceedings in the style of the case, like we have done in this Order.

PER CURIAM

Before Chief Justice Gray and
     Justice Davis
Order issued and filed February 27, 2019

